SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff Tony Martinez

JERRY J. DESCHLER, JR, SBN 215691
JACKSON LEWIS, LLP
801 K STREET, SUITE 2300
Sacramento, CA 95814
Telephone: (916) 341-0404
Fax: (916) 341-0141

Attorney for Defendant
TJ Maxx of CA, LLC dba TJ Maxx

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONY MARTINEZ, | Case No. CIV. S-08-0802-LKK-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| TJ MAXX OF CA, LLC dba TJ MAXX; PAPPAS LAGUNA NO. 2, LP, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant TJ MAXX OF CA, LLC dba TJ MAXX, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant TJ MAXX OF CA, LLC dba TJ MAXX** *only.*

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant TJ MAXX OF CA, LLC dba TJ MAXX.

Dated: June 30, 2008     DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: June 30, 2008     JACKSON LEWIS, LLP.

*/s/ Jerry J. Deschler, Jr.*
JERRY J. DESCHLER, JR
Attorney for Defendant TJ Maxx of CA, LLC dba TJ Maxx

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, TONY MARTINEZ Case No. CIV.S-08-0802-LKK-DAD, is hereby dismissed with prejudice **as to defendant TJ MAXX OF CA, LLC dba TJ MAXX only.**

Date: July 1, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT