UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,

                                        NO. CIV. S-08-802 LKK/DAD

    Plaintiff,

    v.

                                        O R D E R

TJ MAXX OF CA, LLC dba
TJ MAXX, PAPPAS LAGUNA
NO. 2, LP,,

    Defendants.
_____/

    On June 11, 2009, counsel for plaintiff filed a notice of settlement with the Pappas Laguna No. 2, LP, the sole remaining defendant in the above-captioned case. On June 16, 2009, this court ordered that dispositional documents disposing of the case be filed within 30 days. (Doc. 17). On July 27, 2009, counsel for plaintiffs submitted an ex parte application requesting a twenty-one day extension of time to file a dismissal. The court hereby GRANTS this request.

    IT IS SO ORDERED.

    DATED: July 31, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26