Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
(530) 895-3252

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez, | No. CIV.S-08-0802-LKK-DAD |
| Plaintiff, | |
| vs. | **Order Granting Plaintiff's Request for Withdrawal of Settlement** |
| TJ Maxx of CA, LLC dba TJ Maxx, *et al*. | |
| Defendants | Honorable Lawrence K. Karlton |

IT IS HEREBY ORDERED that Plaintiff's request to withdraw settlement with Defendant Pappas Laguna No. 2, LP is granted and the scheduling order (Docket No. 14, 7/9/08) is reinstated.

Dated: August 13, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**[Proposed] Order Granting Plaintiff's Request for Withdrawal of Settlement**
*Martinez v. TJ Maxx of CA, LLC, et al.,*           Case No. CIV.S-08-0802-LKK-DAD
Page 1

PDF created with pdfFactory trial version www.pdffactory.com