SCOTTLYNN J HUBBARD IV, SBN 212970
LYNN HUBBARD III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile:  (530) 894-8244
E-mail: usdceast@hubslaw.com

Attorneys for Plaintiff

CATHERINE M. CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Blvd., Suite B-1
Carmichael, CA 95608
Telephone: (916) 487-5441
Fax: (916) 487-5440
E-mail: catherine@corfeestone.com

Attorney for Defendant
Pappas Laguna No, 2, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. 2:08-CV-00802-LKK-DAD |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| TJ MAXX OF CA, LLC dba TJ MAXX; PAPPAS LAGUNA NO. 2, LP, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant PAPPAS LAGUNA NO. 2, LP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant PAPPAS LAGUNA NO.2, LP *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant PAPPAS LAGUNA NO. 2, LP.

Dated: September 14, 2009         DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff Tony Martinez

Dated: September 11, 2009         CORFEE STONE & ASSOCIATES

*s/s Catherine M. Corfee*
CATHERINE M. CORFEE
Attorney for Defendant Pappas Laguna No. 2, LP

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:08-CV-00802-LKK-DAD, is hereby dismissed with prejudice **as to Pappas Laguna No.2, LP only.**

Dated: September 15, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Dismissal and [Proposed] Order Thereon
- 2 -
*Martinez v TJ Maxx of CA, LP, et al.*
*2:08-CV-00802-LKK-DAD*